# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 607 MAL 2019

         Respondent                :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

         v.                        :

                                  :

RONALD E. BENSON,             :

                                  :

         Petitioner              :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.